**Electronically Filed
Supreme Court
SCMF-12-0000538
05-MAY-2026
12:18 PM
Dkt. 252 NP**

SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of the
FEBRUARY 2026 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

---

<u>NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION</u>

The applicants listed below are hereby notified that each has passed the

February 2026 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

| | |
|---|---|
| Meghan McCullen Alexander | Jonathan Michael Heilman |
| Robyn Lynn Allen | Pamela Yasuko Hoover |
| Jeff Fisher Beerman | Cora Lillian Hume |
| Jonathan David Benelli | Melissa Blythe Jaffe |
| Lauren Nicole Beninger | Aleksandra Maria Jamroz |
| Thor Erik Caroe | Jenifer Anne Jenkins |
| Leonora Char | Michael Emil Awapuhi O Ikaika Kenney |
| Keisha-Lynn Shizue Kealohapauʻole Chee | Johnson |
| Conner Joseph Clemons | Ilkun Kim |
| Colleen Leilani Doenges | Erin Mieko King |
| Joshua William Edington | Neil Friedrich Klein |
| Ryan Michael Fisher | Albert Sun Lee |
| Rowlie John Vidal Flores | Jane Lee |
| Megan Claire Freney | Samantha McKinley Allen Lubin |
| Katrina Lynn Friedrich | Nathaniel Rey Malicdem |
| Stephanie Sachiko Fujita | Abigail Jeanne Miller McCoy |
| Elizabeth Ann Geddes | Maureen Louise Mitchell |
| Zachary Robert Green | Scott Travis Mitchell |
| Nicole Kanoelani Harrison | Anthony Alex Murdock |

Casey Kanani Nakamura            Casey Kota Morikuni Takei
Sandy Marie Santiago Narvaez     Cassandra Jordan Voissem
James Patrick Neel               Tamara Shaina Wallen
Isabel Pentland                  Abigail Christina Wasil
Jonathan Dillard Slack           Michael Minku Whang
Amy Lorraine Smith               Michael Adam Wheable
Thomas Reynolds Starks           David Patrick White
Karis Ja Yung Sung               Brian Christopher Wilson
Miles Raymond Tade               Ryan Daniel Yahne

Each applicant is reminded that, until all other requirements are met as set forth in RSCH

Rule 1.3, and applicant has been admitted to practice law by the Supreme Court of the

State of Hawaiʻi, the applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, May 5, 2026.

BOARD OF EXAMINERS

By:    /s/ Elizabeth Zack

Its Secretary

